IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09CV02728** *BnB*

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2009

GREGORY C. LANGHAM
CLERK

MUHAMMAD ABDULLAH,

    Plaintiff,

v.

HARLEY P. LAPPIN,
WARDEN DAVIS,
A.W. FOX,
A.W. JONES,
U.M. COLLINS,
C.M. SUDLOW,
COUNSELOR KNOX,
COUNSELOR MADISON,
COUNSELOR FOSTER,
LT. RIVERS,
LT. CLARK,
LT. STEWART,
LT. MANLY,
CO COLLINS,
CAPT. KRIST,
CO PARISH,
MEDICAL REP. JONES,
CO PRESTON,
LT. SHARP,
CO WHITTING,
CO MANSPEAKER,
CO BRYNE,
CO TRUTTILIO,
CO HUBER,
C.W. WILLIAMS, and
ALL UNKNOWN ADX OFFICIALS,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a "Motion of Emergency to Be Heard and Enter Court," and a "Writ of Mandamus (Violations 8th Amendment Cruel and Unusual Punishment, 5th Amendment Due Process, 1st Amendment Equal Protection, 6th Amendment Speedy and Fair Trial)." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   _X_   is not submitted
(2)   __   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)   _X_   other: <u>Motion is necessary only if filing fee is not paid in advance.</u>

2

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be

3

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 18TH day of November, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **09CV02728**

Muhammad Mustafa Abdullah
Reg No. 00115-000
ADX – Florence
P.O. Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on  11/19/09

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk