IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02728-BNB

KALIFAH INMAN MUHAMMAD MUSTAFA ABDULLAH, a.k.a. MUHAMMAD MUSTAFA ABDULLAH,[1]

    Plaintiff,

v.

HARLEY P. LAPPIN,
WARDEN DAVIS,
WARDEN WILEY,
A.W. FOX,
A.W. JONES,
U.M. COLLINS,
C.M. SUDLOW, and
COUNSELOR KNOX,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a "Motion For Communication . . ." with the Court on February 24, 2010, concerning his inability to obtain the $18.00 initial partial filing fee he was directed to pay to the Court. The Court will construe the Motion as a request for an extension of time to submit the $18.00 to the Court. Plaintiff shall have a thirty-day extension from the date of the instant Minute Order in which to pay the initial partial filing fee or to show cause as directed in the January 27, 2010, Order why he has no assets and no means by which to pay the designated initial partial filing fee. If Plaintiff fails to pay the $18.00 or in the alternative to show cause within the time allowed the action will be dismissed without further notice. No further extensions will be granted.

Dated: February 25, 2010

---

    [1] Although Plaintiff continues to identify his name as Kalifah Inman Muhammad Mustafa Abdullah, the Inmate Locator link on the Bureau of Prisons website and the account statement he submitted to the Court previously identify his name as Muhammad Mustafa Abdullah,